**Charles Claude RAMSEY,
Petitioner–Appellant,**

v.

**Kimberly H. RUNION, Director of the
Virginia Center for Behavioral Reha-
bilitation, Respondent–Appellee.**

No. 12–7579.

United States Court of Appeals,
Fourth Circuit.

Submitted: Nov. 13, 2012.

Decided: Nov. 16, 2012.

Charles Claude Ramsey, Appellant Pro
Se. John H. McLees, Jr., Office of the
Attorney General of Virginia, Richmond,
Virginia, for Appellee.

Before NIEMEYER, GREGORY, and
DIAZ, Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Charles Claude Ramsey seeks to appeal
the district court's order accepting in part
and rejecting in part the recommendation
of the magistrate judge and denying relief
on his 28 U.S.C. § 2241 (2006) petition,
which the district court treated as a peti-
tion filed under 28 U.S.C. § 2254 (2006).
The order is not appealable unless a circuit
justice or judge issues a certificate of ap-
pealability. 28 U.S.C. § 2253(c)(1)(A)
(2006). A certificate of appealability will
not issue absent "a substantial showing of
the denial of a constitutional right." 28
U.S.C. § 2253(c)(2) (2006). When the dis-
trict court denies relief on the merits, a
prisoner satisfies this standard by demon-
strating that reasonable jurists would find
that the district court's assessment of the
constitutional claims is debatable or
wrong. *Slack v. McDaniel,* 529 U.S. 473,
484, 120 S.Ct. 1595, 146 L.Ed.2d 542
(2000); *see Miller–El v. Cockrell,* 537 U.S.
322, 336–38, 123 S.Ct. 1029, 154 L.Ed.2d
931 (2003). When the district court denies
relief on procedural grounds, the prisoner
must demonstrate both that the dispositive
procedural ruling is debatable, and that
the petition states a debatable claim of the
denial of a constitutional right. *Slack,* 529
U.S. at 484–85, 120 S.Ct. 1595.

We have independently reviewed the
record and conclude that Ramsey has not
made the requisite showing. Accordingly,
we deny a certificate of appealability, deny
leave to proceed in forma pauperis, and
dismiss the appeal. We dispense with oral
argument because the facts and legal con-
tentions are adequately presented in the
materials before the court and argument
would not aid the decisional process.

*DISMISSED.*